United States District Court
Southern District of Texas
**ENTERED**
September 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIGMA DEVELOPMENT CORP., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2555 |
| | § | |
| TGP SECURITIES, INC., *et al.*, | § | |
|     Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

Having been informed that the parties resolved their dispute during mediation with Magistrate Judge Dena Palermo, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **November 27, 2017**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 26th day of **September, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2555Conditional.wpd   170926.1521