IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIGMA DEVELOPMENT CORPORATION, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-02555 |
| TGP SECURITIES, INC., BORIS EPSHTEYN AND JAMES TAMMARO, Defendants. | § § § § § | |

**PARTIES' STATEMENT REGARDING DISMISSAL**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Conditional Dismissal Order entered September 26, 2017 [ECF 48], this case was dismissed without prejudice to reinstatement if the settlement were not documented before November 27, 2017. The parties have drafted and exchanged documentation of the settlement as referenced in the Court's Order of September 26, 2017, but such has yet to be fully executed, although it is believed that such execution is imminent. Additionally, under the terms of that settlement, the parties agreed that, should the settlement not be consummated by December 31, 2017, that the parties shall have the right to resume litigation of their claims. Accordingly, the parties hereby give notice under the Conditional Dismissal Order only to prevent the dismissal of this case from becoming final prior to consummation of the settlement. Accordingly, the parties ask the Court to clarify that this case shall remain subject to reinstatement if any party gives notice to the Court that the settlement has not been consummated on or before January 8, 2018.

[Signature blocks appear on following page.]

1

Respectfully submitted,

Azhar Chaudhary Law Firm, PC

*/s/ Alfred Valdez*
Alfred R. Valdez,
State Bar No. 20426200
Federal ID No. 6389
Azhar M. Chaudhary
State Bar No. 24082804
Federal ID No.2032637
Christopher Palumbo
State Bar No. 15443075
1208 Highway 6 South, Suite B
Sugar Land, Texas 77478
Telephone: 281-265-1010
Facsimile: 281-265-1011
attorney@chaudharyjd.com
*Counsel for Plaintiff Sigma Development Corporation*


*/s/ Christopher Murray*
Christopher R. Murray
State Bar No. 24081057
SDOT No. 1305742
cmurray@diamondmccarthy.com
Michael D. Fritz
State Bar No. 24083029
SDOT No. 2440934
mfritz@diamondmccarthy.com
Diamond McCarthy, LLP
909 Fannin Street, 37th Floor
Houston, TX 77010
Tel. 713-333-5100
Fax. 713-333-5199
*Counsel for Defendants TGP Securities, Inc., Boris Epshteyn, and James Tammaro*

CERTIFICATE OF SERVICE

I hereby certify that I have electronically submitted for filing a true and correct copy of the above via the CM/ECF of the Southern District of Texas, on 27 November 2017 to:

Christopher R Murray
cmurray@diamondmccarthy.com
Michael D. Fritz
mfritz@diamondmccarthy.com
909 Fannin Street, 37th Floor
Houston, TX 77010

*/s/ Alfred Valdez*
Alfred R. Valdez