United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIGMA DEVELOPMENT CORP., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2555 |
| | § | |
| TGP SECURITIES, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

Pursuant to the parties' Statement Regarding Dismissal [Doc. # 49], it is hereby

**ORDERED** that the deadline in the Conditional Dismissal Order [Doc. # 48] for either party to seek reinstatement is extended to **January 9, 2018**.

SIGNED at Houston, Texas, this 28th day of **November, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2555ConditionalExtension.wpd     171128.1438